# PD-0947-15

granted p c 11-4-16

, Att. Adel Acosta, Clerk.
p.o. Box 12308 Capital Station
Austin, Texas 78711

1025-15

From: Luther C. Ferguson #1961679
Michael Unit.
2664FM 2054



**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**
**NOV 02 2015**
**Abel Acosta, Clerk**

[ 10.5. Motion for Extend time

RE. Tr, No. 1423099

COA case No. 14-14-00885-CR
PD-o947-15

Dear, Honorable Judge: ,( Clerk)

On this day Iam asking the court to grant the APPELLANT,S Pro- Se Motion for - an Extension os tmie in which to file the Petition for Discretion Review.

(A) the deadline for filing P.D.R. Nov, 9, 15
(B) the length of the extension sought 30 more days.
(C) the fact relied on resonably explain the need for Extension . Pleas see; in close a letter from my mother Louise Ferguson who is 83 years old, my sister who has my CD Transtrips and who is under going"SURGERY" and who has Care and- Custody over My CD. Which has all of my court, Trail nots on it.

I,AM awere of assit the 1st, and this time . Thank You very Much!

With out those Transtrips Iam un able to Argue my Case to the court of Appeals in Austin, show errors of the court and the law.

My mother who is unable to assit me in this legal need cause my sister take care of her who is in the Hospital. And she get 801.oo a month SSI. she will be send ing me 60.00 this month on the 3rd and i don,t have the Transtrips cause of ill- ness in the family.

Pleas Call Louise Ferguson at 281-491-52=58 or 20-98.

Thank you very.

Pleas send letter back I waiting tomake a call;

**FILED IN**
**COURT OF CRIMINAL APPEALS**
**NOV 03 2015**
**Abel Acosta, Clerk**